UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN WILLIAM JOHNSON, BA5872,<br>Plaintiff,<br>v.<br>WARDEN SPEARMAN, et al.,<br>Defendant(s). | Case No. 19-cv-03089-SK  (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a prisoner incarcerated at the Correctional Training Facility (CTF) in Soledad, California, has filed a pro se complaint for damages under 42 U.S.C. § 1983 alleging that, while he was incarcerated at High Desert State Prison (HDSP), prison officials failed to protect him from the threat of violence from other prisoners and he was attacked and severely injured. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the named and/or viable defendants reside, in Lassen County, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: June 10, 2019

_____
SALLIE KIM
United States Magistrate Judge